UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KARAKI NAVIGATION,

          Plaintiff,

  - against -

BUNGE SA,

          Defendant.
-----------------------------------------------------------X

**JUDGE BUCHWALD**

07 Civ. \_\_\_\_\_  **07 CIV 6161**

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

          NONE.

Dated: July 2, 2007
      New York, NY

          The Plaintiff,
          KARAKI NAVIGATION

          By: _/s/_____
          Patrick F. Lennon (PL 2162)
          Nancy R. Peterson (NP 2871)
          LENNON, MURPHY & LENNON, LLC
          The Gray Bar Building
          420 Lexington Ave., Suite 300
          New York, NY 10170
          (212) 490-6050
          (212) 490-6070 (fax)
          pfl@lenmur.com
          nrp@lenmur.com