UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                          :
KARAKI NAVIGATION,                        :    07 CV 6161 (NRB)
    Plaintiff,                            :    ECF CASE
                                          :
    - against -                           :    NOTICE OF RESTRICTED
                                          :    APPEARANCE
BUNGE, S.A.                               :
    Defendant.                            :
------------------------------------------------------X

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the defendant, BUNGE, S.A., hereby appears pursuant to Rule E (8), "Restricted Appearance" in the above-captioned action and that the undersigned has been retained as attorneys for said Defendant and demands that a copy of all pleadings and papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, New York
       July 11, 2007

                                         Respectfully,
                                         TISDALE LAW OFFICES,

                                         By: _____
                                              Lauren C. Davies (LD 1980)
                                              Thomas L. Tisdale (TT 5263)
                                              11 West 42d Street, Suite 900
                                              New York, NY 10036
                                              Tel.: 212. 354.0025
                                              Fax: 212.869.0067
                                              ldavies@tisdale-law.com
                                              ttisdale@tisdale-law.com