UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KARAKI NAVIGATION.,                          :

               Plaintiff,             :
                                                   07 CV 6161 (NRB)
   - against -                                    :       ECF CASE

BUNGE SA,                                           :

               Defendant.          :
-------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant, certifies that it is a private (non-governmental) entity, with no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Dated: July 26, 2007
       New York, NY

                                      The Defendant,
                                      BUNGE SA,

                                      By: _____
                                      Lauren C. Davies (LD 1980)
                                      Claurisse Campanale-Orozco (CCO 3581)
                                      Thomas L. Tisdale (TT 5263)
                                      TISDALE LAW OFFICES LLC
                                      11 West 42nd Street, Suite 900
                                      New York, NY 10036
                                      (212) 354-0025 – phone
                                      (212) 869-0067 – fax
                                      ldavies@tisdale-law.com
                                      corozco@tisdale-law.com
                                      ttisdale@tisdale-law.com