JUL-27-2007 Received: Jul 27 2007 04:34pm
Case 1:07-cv-06161-NRB  Document 7  Filed 07/30/2007  Page 1 of 2  P.02
LAW OFFICES  Fax:203-254-1641  Jul 27 2007 11:45am P002/003

Buchwald/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KARAKI NAVIGATION,

           Plaintiff,

  - against -                      07 CV 6161 (NRB)
                                      ECF CASE
BUNGE SA,

           Defendant.
-------------------------------------------------------------X

### ORDER TO SHOW CAUSE

Upon the affidavit of Lauren C. Davies dated July 26, 2007 and upon all prior proceedings herein it is hereby:

ORDERED that the Plaintiff KARAKI NAVIGATION SHOW CAUSE before this Court at 500 Pearl Street, New York, New York, pursuant to Supplemental Admiralty Rule E and Local Admiralty Rule E.1, on the 9th day of August, 2007, at 2:15pm o'clock, or as soon thereafter a counsel may be heard, why an Order should not be entered:

(1) Requiring the Plaintiff to provide appropriate and adequate counter security pursuant to Supplemental Rule E(7)(a) in the amount of $577,949.41;

(2) Vacating the Process of Maritime Attachment and Garnishment for Plaintiff's failure to post appropriate and adequate counter security; and,

(3) An ORDER for such other and further relief as this Court deems just and proper in the circumstances of this case.

IT IS FURTHER ORDERED that a copy of this ORDER, and all supporting papers shall be served by facsimile or e-mail on counsel for the Plaintiff, Lennon Murphy & Lennon, New York New York, 10005-1801, on or before July 30, 2007.

IT IS FURTHER ORDERED that any answering papers shall be served in the same manner on attorneys for the Defendant Tisdale Law Offices, at their offices at 11 West 42nd Street, Suite 900, New York, New York 10036, on or before the 3rd day of August ~~July~~, 2007;

IT IS FURTHER ORDERED that any reply papers shall be served in the same manner on attorneys for Plaintiff on or before the 7th day of Aug. 2007.

Dated: July 27, 2007

New York, New York

George B. Daniels

~~The Honorable Naomi Rice Buchwald, U.S.D.J.~~

HON. GEORGE B. DANIELS
PART - 1

JUL 2 7 2007

To: Lennon Murphy & Lennon
The GrayBar Building
420 Lexington Ave., Suite 300
New York, New York 10170
Tel: (212) 490-6050
Fax: (212) 490-6070
Attn: Patrick F. Lennon, Esq.
Nancy R. Peterson, Esq.