
**BUNGE**
Freight Department Geneva

*July 20*
*Hire Statement*
*- most recent.*

## SVYATAYA YEKATERINA

### PROVISIONAL FINAL HIRE STATEMENT

| | | | |
|---|---|---|---|
| Charterer | : Bunge SA - Geneva office | Registered Owner | : KARAKI NAVIGATION S.A. |
| Reference | : 0702660000 | Disponent Owner | : |
| CP Date | : 14Feb2007 | | |
| Print Date | : 20Jul2007 11:54 | Printed By | : AC |
| Brokers | : SSY, London | | |

**Summary of Items to Date (USD)**

| | DR | CR |
|---|---|---|
| Plus Hire 113.670139 days between 28Mar2007 7:10 GMT and 19Jul2007 23:15 GMT at 27,500.00 USD per day | | 3,125,928.82 |
| Plus CVE 113.670139 days at 1,250.00 USD per Calendar month | | 4,664.12 |
| | | |
| Less total raised Offhire | 1,781,045.14 | |
| Less total raised Offhire CVE | 2,647.63 | |
| Net Period Address Commission | 117,222.33 | 66,789.19 |
| Net Period Collect Commission | 39,074.11 | 22,263.06 |
| | | |
| **Bunkers** | | |
| Plus total BOD 512.000 MT IFO @ 320.00 USD/MT | | 163,840.00 |
| Plus total BOD 141.800 MT MDO @ 620.00 USD/MT | | 87,916.00 |
| Less total BOR 618.000 MT IFO @ 320.00 USD/MT | 197,760.00 | |
| Less total BOR 89.000 MT MDO @ 620.00 USD/MT | 55,180.00 | |
| Less total MDO bunkers offhire (all raised offhire incidents) | 119,659.75 | |
| | | |
| **Owner Disbursement Items** | | |
| Less total Owner Disbursement Items | 139,877.19 | |

Page 1

**Additional Items**

| | | | |
|---|---|---|---|
| Proforma | Plus Lieu of cleaning : i.l.o.h.c. voy-1 | | 4,500.00 |
| Proforma | Less Performance Claim : Vessel's underpefromance ttl 84.4 Hrs voy-1 | 96,708.33 | |

### Totals Breakdown

| | | |
|---|---|---|
| Less Total Paid | 1,177,479.84 | |
| Net credits / debits | 3,726,654.32 | 3,475,901.19 |
| Balance due to Charterers | | 250,753.13 |
| | 3,726,654.32 | 3,726,654.32 |

### Schedule of payments

| Date | Refno. | Payment no. | |
|---|---|---|---|
| | 30152 | 1 | 644,235.84 |
| | 30598 | 2 | 140,744.00 |
| | 31056 | 3 | 392,500.00 |
| Total Paid | | | 1,177,479.84 |

### Schedule of Offhire

| | | DR | CR |
|---|---|---|---|
| Voyage 1: 0.256944 days (8May2007 1:10 GMT to 8May2007 7:20 GMT - Suez fresh water) | | | |
| Proforma | Offhire at 100% : 27,500.00 USD Daily | 7,065.97 | |
| | Plus Address Commission of 3.750% | | 264.97 |
| | Plus Collect Commission of 1.250% | | 88.32 |
| Proforma | Less Offhire CVE at 100% : 1,250.00 USD per Calendar month | 10.71 | |
| | Due to Charterers | 6,723.39 | |

Voyage 1: 0.875000 days (9May2007 16:30 GMT to 10May2007 13:30 GMT - Partial Off Hire for Damaged Corn Cargo , only SBM allowed corresponding to 33% of holds available for Aqaba excepr H 4 and 7 for Jeddah)

| | | DR | CR |
|---|---|---|---|
| Proforma | Offhire at 100% : 27,500.00 USD Daily | 24,062.50 | |
| | Plus Address Commission of 3.750% | | 902.34 |
| | Plus Collect Commission of 1.250% | | 300.78 |
| Proforma | Less Offhire CVE at 100% : 1,250.00 USD per Calendar month | 36.46 | |
| | Due to Charterers | 22,895.84 | |

Voyage 1: 9.437488 days (10May2007 13:30 GMT to 19May2007 23:59 GMT - Off Hire for Fumigation of Damaged Corn Cargo)

| | | | |
|---|---|---:|---:|
| Proforma | Offhire at 100% : 27,500.00 USD Daily | 259,512.15 | |
| | Plus Address Commission of 3.750% | | 9,731.71 |
| | Plus Collect Commission of 1.250% | | 3,243.90 |
| Proforma | Less Offhire CVE at 100% : 1,250.00 USD per Calendar month | 382.85 | |
| Proforma | Less Offhire Bunkers : 28.000 MT MDO @ 707.00 USD/MT | 19,796.00 | |
| | **Due to Charterers** | 266,715.39 | |

Voyage 1: 0.250000 days (19Jul2007 17:15 GMT to 20Jul2007 2:15 GMT - Partial Off Hire for Damaged Corn Cargo , only SBM allowed corresponding to 33% of holds available for Aqaba excepr H 4 and 7 for Jeddah)

| | | | |
|---|---|---:|---:|
| Proforma | Offhire at 100% : 27,500.00 USD Daily | 6,875.00 | |
| | Plus Address Commission of 3.750% | | 257.81 |
| | Plus Collect Commission of 1.250% | | 85.94 |
| Proforma | Less Offhire CVE at 100% : 1,250.00 USD per Calendar month | 10.08 | |
| | **Due to Charterers** | 6,541.33 | |

Voyage 1: 2.978472 days (21May2007 00:01 GMT to 23May2007 23:30 GMT - Partial Off Hire for Damaged Corn Cargo , only SBM allowed corresponding to 33% of holds available for Aqaba excepr H 4 and 7 for Jeddah)

| | | | |
|---|---|---:|---:|
| Proforma | Offhire at 100% : 27,500.00 USD Daily | 81,907.99 | |
| | Plus Address Commission of 3.750% | | 3,071.55 |
| | Plus Collect Commission of 1.250% | | 1,023.85 |
| Proforma | Less Offhire CVE at 100% : 1,250.00 USD per Calendar month | 120.10 | |
| Proforma | Less Offhire Bunkers : 5.980 MT MDO @ 707.00 USD/MT | 4,227.86 | |
| | **Due to Charterers** | 82,160.55 | |

Voyage 1: 1.686806 days (24May2007 00:01 GMT to 25May2007 16:30 GMT - Off Hire waitnig fro Cargo receivers decsion to discharge Corn)

| | | | |
|---|---|---:|---:|
| Proforma | Offhire at 100% : 27,500.00 USD Daily | 46,387.15 | |
| | Plus Address Commission of 3.750% | | 1,739.52 |
| | Plus Collect Commission of 1.250% | | 579.84 |
| Proforma | Less Offhire CVE at 100% : 1,250.00 USD per Calendar month | 58.02 | |
| | **Due to Charterers** | 44,135.81 | |

Voyage 1: 25.145833 days (25May2007 16:30 GMT to 19Jun2007 20:00 GMT - Aqaba Off hire waitnig for Owners opening a Banks guarantee in favour of cargo receivers on behalf of whom vessel Arrested)

| | | | |
|---|---|---:|---:|
| Proforma | Offhire at 100% : 27,500.00 USD Daily | 691,510.42 | |
| | Plus Address Commission of 3.750% | | 25,931.64 |
| | Plus Collect Commission of 1.250% | | 8,643.88 |
| Proforma | Less Offhire CVE at 100% : 1,250.00 USD per Calendar month | 1,025.42 | |
| Proforma | Less Offhire Bunkers : 75.440 MT MDO @ 707.00 USD/MT | 53,336.08 | |
| | **Due to Charterers** | 711,296.40 | |

Voyage 1: 8.277778 days (22Jun2007 20:00 GMT to 1Jul2007 2:40 GMT - Jeddah off hire waitnig to start discharge view damaged cargo in h 4 and 7)

| | | | |
|---|---|---:|---:|
| Proforma | Offhire at 100% : 27,500.00 USD Daily | 227,638.89 | |
| | Plus Address Commission of 3.750% | | 8,536.46 |
| | Plus Collect Commission of 1.250% | | 2,845.49 |
| Proforma | Less Offhire CVE at 100% : 1,250.00 USD per Calendar month | 344.91 | |
| Proforma | Less Offhire Bunkers : 24.830 MT MDO @ 707.00 USD/MT | 17,554.81 | |
| | **Due to Charterers** | 234,156.66 | |

Voyage 1: 16.888889 days (4Jul2007 2:40 GMT to 21Jul2007 00:00 GMT - Slow Discharging due to segregation of Sound cargo from damaged cargo)

| | | | |
|---|---|---:|---:|
| Proforma | Offhire at 100% : 27,500.00 USD Daily | 436,085.07 | |
| | Plus Address Commission of 3.750% | | 16,353.19 |
| | Plus Collect Commission of 1.250% | | 5,451.06 |
| Proforma | Less Offhire CVE at 100% : 1,250.00 USD per Calendar month | 649.08 | |
| Proforma | Less Offhire Bunkers : 35.000 MT MDO @ 707.00 USD/MT | 24,745.00 | |
| | **Due to Charterers** | 439,674.90 | |

### Owner Disbursement Breakdown

| | | |
|---|---|---:|
| Proforma | Less Fumigation at Aqaba voy-1 | 42,000.00 |
| Proforma | Less Rio Grande (Braz) owners expenes at paranagua dn649/07 voy-1 | 895.05 |
| Proforma | Less Commission : Rio Grande (Braz) owners expenes at paranagua dn649/07 voy-1 | 22.38 |
| Proforma | Less Aqaba - Owners Expenses incurred due to cargo damages and vessel's arrest voy-1 | 95,000.00 |
| Proforma | Less Suez Canal Owners expenses DN 895/07 voy-1 | 1,816.41 |
| Proforma | Less Commission : Suez Canal Owners expenses DN 895/07 voy-1 | 45.41 |
| Proforma | Less Suez Canal Owners expenses DN 959/07 voy-1 | 95.55 |
| Proforma | Less Commission : Suez Canal Owners expenses DN 959/07 voy-1 | 2.39 |

| | |
|---|---:|
| Total Owner Disbursement Items | 139,877.19 |

**Bank Details**

Bank of New York
Swift code: IRVTUS3NXXX
New York
United States of America
For acct Credit Suisse, Geneva /
SWIFT CRESCHZZ12A / IBAN no. CH84 0425 1030 8620 8200 4
Favour of Bunge S.A., Geneva
USD Account: 0251-308-620-82-4