UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KARAKI NAVIGATION, :

           Plaintiff, :

    - against - :    07 CV 6161 (NRB)
                                 ECF CASE

BUNGE SA, :

           Defendant. :
------------------------------------------------------------X

**AFFIDAVIT OF LAUREN C. DAVIES IN SUPPORT OF ORDER TO SHOW CAUSE WHY COUNTER-SECURITY SHOULD NOT BE POSTED, OR, IN THE ALTERNATIVE, TO VACATE MARITIME ATTACHMENT**

STATE OF NEW YORK     )
                                  ) ss: New York
COUNTY OF NEW YORK  )

Ms. LAUREN C. DAVIES, being duly sworn, deposes and says:

1. I am a member of the Bar of this Honorable Court and an associate at the firm of Tisdale Law Offices, LLC, attorneys for the Defendant herein.

2. I make this affidavit based upon my own personal knowledge and upon information derived from the documents that I believe to be true and accurate.

3. I am familiar with the circumstances of this motion and submit this affidavit in support of Defendant's motion for the Plaintiff to show cause why counter-security should not be posted, or, in the alternative, to vacate maritime attachment.

4. The action filed on July 2, 2007 in the above-captioned matter under docket number 07 CV 6161 (NRB) names Bunge SA as a defendant.

5. Upon information and belief, the Plaintiff is currently restraining funds belonging to Bunge SA in the total sum of $2,442,959.20.

6. The purpose of this Affidavit is to place before the Court documents referred to in the memorandum of law submitted in support of Defendant's motion.

7. Attached hereto as Exhibit 1 is a true and correct copy of the Inter-Club New York Produce Exchange Agreement (1996).

8. Attached hereto as Exhibit 2 is a true and correct copy of the Charterparty.

9. Attached hereto as Exhibit 3 is a true and correct copy of the Verified Complaint.

10. Attached hereto as Exhibit 4 is a true and correct copy of the Amended Verified Complaint.

11. Attached hereto as Exhibit 5 is a true and correct copy of the Answer and Counterclaim of the Defendant.

12. Attached hereto as Exhibit 6 is a true and correct copy of the Defendant's Provisional Final Hire Statement dated July 20, 2007.

13. Attached hereto as Exhibit 7 is a true and correct copy of the July 11, 2007 letter from Nancy R. Peterson to Thomas L. Tisdale discussing the reduction in security sought.

14. Attached hereto as Exhibit 8 is a true and correct copy of the July 18, 2007 letter from Thomas L. Tisdale to Nancy R. Peterson outlining Defendant's counterclaim.

Dated: July 27, 2007
New York, NY

_____
Lauren C. Davies

Sworn and subscribed to before me
this 27th day of July, 2007.

_____
Notary Public/Commissioner of the Court

REG NO 01FI4521277
Qualified in Queens Count
Commission Expires 7/31/2010