## LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

August 8, 2007

*Via Facsimile: (212) 805-7927*
Hon. Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10006

Re:   **Karaki Navigation v. Bunge SA**
       07 Civ. 6161 (NRB)
       LML ref: 1149

Dear Judge Buchwald,

We are counsel for the Plaintiff, Karaki Navigation, in the above referenced matter. We write further to our letter of August 3, 2007 and to our discussion yesterday with your Clerk regarding selection of a new return date for the pending Order to Show Cause dated July 27, 2007. Having discussed the matter with Defendant's counsel, and due to the fact that the undersigned will be away from the office all of next week, together with Defendant's counsel we request that the Court set a new return date for the Order to Show Cause not earlier than the week of August 20, 2007.

We are available to answer any questions the Court may have with regard to the foregoing. We appreciate the Court's indulgence in considering the parties' request.

Respectfully submitted,

Patrick F. Lennon

cc:   *Via Facsimile (212) 869-0067*
       Thomas L. Tisdale, Esq.
       Tisdale Law Offices, LLC
       11 W. 42nd Street, Suite 900
       New York, NY 10036

Handwritten note from Judge: The return date of The Order to Show Cause is adjourned until August 21, 2007 at 2:30 p.m. So Ordered. Naomi Reice Buchwald, USDJ 8/9/07

Returned to chambers for scanning on 8/14/07
Scanned by chambers on 8/12/07