# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

August 20, 2007

<u>*Via Facsimile: (212) 805-7927*</u>
Hon. Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10006

Re:   **Karaki Navigation v. Bunge SA**
       07 Civ. 6161 (NRB)
       LML ref: 1149

Dear Judge Buchwald,

    We are counsel for the Plaintiff, Karaki Navigation, in the above referenced matter. We write further to our letter of August 8, 2007 and to the Court's memo endorsement thereon adjourning the show cause hearing until tomorrow, August 21, 2007 at 2:30 p.m., and to your Clerk's inquiry from earlier today as to whether the hearing will still be required.

    Defendant, Bunge SA, obtained the Order to Show Cause for the purpose of obtaining countersecurity on its counterclaims in the sum of $577,949.41, inclusive of costs, legal fees and interest. All of the substantive claims between the parties will be resolved in arbitration in London, England.

    Plaintiff has agreed to issue a bank to Defendant, Bunge, in a form acceptable to Bunge and its counsel, for the full amount demanded by Bunge, *i.e.* $577,949.41. We anticipate that Plaintiff will post the bank guarantee within this week and to provide it to Bunge's counsel. In the meantime since we last wrote to your Honor on August 8, the parties have been attempting to negotiate agreement on other aspects of the case, including whether the action should be stayed pending the outcome of the arbitration. However, these issues do not relate to the Order to Show Cause and in any event, the parties have not yet been able to reach agreement.

    In light of the foregoing, we respectfully suggest that there is no need for tomorrow's show cause hearing. Accordingly we request that the Court adjourn the same *sine die* subject to confirmation that the bank guarantee providing Bunge countersecurity has been posted and provided to Bunge's counsel.





So Ordered.

[signature]
8/21/07

We are available to answer any questions the Court may have with regard to the foregoing.

Respectfully submitted,

Patrick F. Lennon

cc:   *Via Facsimile (212) 869-0067*
      Thomas L. Tisdale, Esq.
      Tisdale Law Offices, LLC
      11 W. 42nd Street, Suite 900
      New York, NY 10036