UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KARAKI NAVIGATION,

        Plaintiff,

   - against -

BUNGE SA,

        Defendant.
------------------------------------X

07 CV 6161 (NRB)
ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

## STIPULATION FOR RELEASE OF ATTACHED PROPERTY

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, KARAKI NAVIGATION (hereinafter referred to as "Karaki" or "Plaintiff"), and the defendant BUNGE SA (hereinafter referred to as "BUNGE" or "Defendant"), by their undersigned attorneys, as follows:

WHEREAS Bunge has posted suitable alternate security in the sum of $2,127,546.44 United States Dollars; and

WHEREAS Karaki and Bunge have agreed that $2,127,546.44 of the funds attached pursuant to the Ex Parte Order for Process of Maritime Attachment and Garnishment ("Ex Parte Order") in this matter be immediately released in the manner directed by their undersigned attorneys, Tisdale Law Offices;

WHEREAS Karaki and Bunge have agreed that this Court shall retain jurisdiction to enforce this Stipulation and Order;

IT IS HEREBY ORDERED that the garnishee banks shall effect an electronic funds transfer in favor of Bunge in the total sum of $2,127,546.44, and that the garnishee banks shall pay this amount to Bunge by the method to be directed by Bunge's counsel, Tisdale Law Offices,

LLC, and that any bank fees associated with the transferring of the funds to this account shall be deducted from the transferred funds; and

IT IS FURTHER HEREBY STIPULATED AND ORDERED that the released funds shall not be subject to any attachment by Karaki in New York.

The Plaintiff,
KARAKI NAVIGATION,

By: *[signature]*
Patrick F. Lennon (PL 2162)
LENNON, MURPHY AND LENNON
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490 6050
pfl@lenmur.com

The Defendant,
BUNGE SA,

By: *[signature]*
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 2162)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

SO ORDERED:

*[signature]*
Honorable Naomi Reice Buchwald, U.S.D.J.
10/15/07

-2-